# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: DESIGNATION OF      :   No. 388
ADMINISTRATIVE JUDGE OF THE   :
CIVIL DIVISION OF THE COURT OF   :   COMMON PLEAS JUDICIAL
COMMON PLEAS OF ALLEGHENY    :   CLASSIFICATION
COUNTY, FIFTH JUDICIAL DISTRICT  :

## ORDER

**PER CURIAM**

Whereas, Judge Christine A. Ward, has honorably served as Administrative Judge of the Civil Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District since November 1, 2017; and

Whereas, Judge Ward has decided to step down as Administrative Judge.

**AND NOW,** this 2nd day of August, 2024, it is hereby ORDERED as follows:

This Court's Order of October 20, 2017, designating the Honorable Christine A. Ward as Administrative Judge of the Civil Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, is vacated, effective December 16, 2024.

In accord with Pa.R.J.A. No.706(d), the Honorable Alan D. Hertzberg is appointed Administrative Judge of the Civil Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, to serve for a term of three years or at the pleasure of this Court until such time as this Court by subsequent order appoints a new administrative judge. This appointment shall take effect on December 16, 2024.